Index # 07 civ. 8827
Purchased/Filed: October 12, 2007

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

Diana Berberich        Plaintiff

against

eMagin Corporation        Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**        Approx. Age: 45 Yrs.

Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White

Hair color: Brown   Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____October 23, 2007____, at __12:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ____Summons in a Civil Action and Complaint____ on ____eMagin Corporation____, the Defendant in this action, by delivering to and leaving with ____Carol Vogt____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____40.00____ dollars; That said service was made pursuant to Section ____BUSINESS CORPORATION LAW §306____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

23rd day of ____October, 2007____

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice-Work Order # 0721642