Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIANA BERBERICH                         :    Case No. 07 Civ. 8827 (KMK)

          Plaintiff,              :

- against -                             :    **STIPULATION AND ORDER**
                                             *extending time*
EMAGIN CORPORATION,                     :

          Defendant.              :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that Defendant eMagin Corporation's time to answer or move with respect to the Complaint in this action is extended to and including November 26, 2007.

Facsimile signatures shall constitute original signatures for the purpose of this Stipulation and Order.

Dated: New York, New York
       November 8, 2007

BERGSTEIN & ULLRICH, LLP              SICHENZIA ROSS FRIEDMAN FERENCE LLP

By: /s/ Helen G. Ullrich              By: /s/ Christopher P. Milazzo
    Helen G. Ullrich, Esq. (HU-6597)        Christopher P. Milazzo, Esq. (CM-9974)
15 Railroad Avenue                    61 Broadway, 32nd Floor
Chester, New York 10918               New York, New York 10006
(845) 469-1277                        (212) 930-9700


SO ORDERED:

/s/ Kenneth M. Karas
HON. KENNETH M. KARAS, U.S.D.J.

dated: 11/13/07

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

TOTAL P.02