Sameer Rastogi, Esq. (SR-5249)
Christopher P. Milazzo, Esq. (CM-9974)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700 (tel.)
(212) 930-9725 (fax)

Attorneys for Defendant eMagin Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| DIANA BERBERICH | : | Case No. 07-CV-8827 (KMK) |
| Plaintiff, | : | |
| - against - | : | **RULE 7.1 STATEMENT** |
| EMAGIN CORPORATION, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant eMagin Corporation certifies that there are no corporate parents, affiliates and/or subsidiaries of Defendant, which own 10% or more of the stock in Defendant, which are publicly traded.

Date:  New York, New York
       November 26, 2007

SICHENZIA ROSS FRIEDMAN FERENCE LLP

By: _____
Sameer Rastogi, Esq. (SR-5249)
Christopher P. Milazzo, Esq. (CM-9974)
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700

Attorneys for Defendant eMagin Corporation